AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas, Dallas Division

Dale Lotts

*Plaintiff(s)*

v.

City of Irving, Officer James Markham, Officer Andrew Hammett, Officer Paul Lewis, John Doe Jail Officers 1–10

*Defendant(s)*

Civil Action No. 3-25CV3329-S

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* James Markham
Badge #1379
Irving Police Department
305 N. O'Connor Rd
Irving, TX 75061

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dale Lotts
c/o Northwest Registered Agent
5900 Balcones Drive # 19816
Austin, TX 78731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/04/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas, Dallas Division

Dale Lotts

*Plaintiff(s)*

v.

City of Irving, Officer James Markham, Officer Andrew Hammett, Officer Paul Lewis, John Doe Jail Officers 1–10

*Defendant(s)*

Civil Action No. 3-25CV3329-S

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Andrew Hammett
Badge #1263
Irving Police Department
305 N. O'Connor Rd
Irving, TX 75061

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dale Lotts
c/o Northwest Registered Agent
5900 Balcones Drive # 19816
Austin, TX 78731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/04/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas, Dallas Division

| | | |
|---|---|---|
| Dale Lotts<br><br>*Plaintiff(s)*<br>v.<br>City of Irving, Officer James Markham, Officer Andrew Hammett, Officer Paul Lewis, John Doe Jail Officers 1–10<br><br>*Defendant(s)* | ) | Civil Action No. 3-25CV3329-S |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Paul Lewis
Badge #1370
Irving Police Department
305 N. O'Connor Rd
Irving, TX 75061

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dale Lotts
c/o Northwest Registered Agent
5900 Balcones Drive # 19816
Austin, TX 78731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/04/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas, Dallas Division

| | | |
|---|---|---|
| Dale Lotts<br><br>*Plaintiff(s)*<br>v.<br>City of Irving, Officer James Markham, Officer Andrew Hammett, Officer Paul Lewis, John Doe Jail Officers 1–10<br><br>*Defendant(s)* | ) | Civil Action No. **3-25CV3329-S** |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* City of Irving
825 W. Irving Blvd.
Irving, TX 75060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dale Lotts
c/o Northwest Registered Agent
5900 Balcones Drive # 19816
Austin, TX 78731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/04/2025

*Signature of Clerk or Deputy Clerk*