AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas, Dallas Division

Dale Lotts

*Plaintiff(s)*

v.

City of Irving, Officer James Markham, Officer Andrew Hammett, Officer Paul Lewis, John Doe Jail Officers 1–10

*Defendant(s)*

Civil Action No. 3-25CV3329-S

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* James Markham
Badge #1379
Irving Police Department
305 N. O'Connor Rd
Irving, TX 75061

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dale Lotts
c/o Northwest Registered Agent
5900 Balcones Drive # 19816
Austin, TX 78731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/04/2025

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* James Markham, Badge #1379

was received by me on *(date)* 12/4/2025 at 1:00 PM .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jocelyn Portillo, Custodian of Records for Irving Police Department , who is designated by law to accept service of process on behalf of *(name of organization)* James Markham at 305 N. O'Connor Rd., Irving, TX 75061 on *(date)* 12/4/2025 at 3:05PM

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/4/2025

[signature] PSC: 23238
*Server's signature*

Caylee Janke, Authorized Private Process Server
*Printed name and title*

4500 Mercantile Plaza Dr. #300, Fort Worth, TX 76137
*Server's address*

Additional information regarding attempted service, etc:

Delivered documents to Jocelyn Portillo, Custodian of Records for Irving Police Department, and authorized recipient of service of process on behalf of City Police Officers.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas, Dallas Division

| | | |
|---|---|---|
| Dale Lotts | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3-25CV3329-S |
| City of Irving, Officer James Markham, Officer Andrew Hammett, Officer Paul Lewis, John Doe Jail Officers 1–10 | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Andrew Hammett
Badge #1263
Irving Police Department
305 N. O'Connor Rd
Irving, TX 75061

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dale Lotts
c/o Northwest Registered Agent
5900 Balcones Drive # 19816
Austin, TX 78731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/04/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Andrew Hammett, Badge #1263
was received by me on *(date)* 12/4/2025 at 1:00 PM.

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jocelyn Portillo, Custodian of Records for Irving Police Department , who is designated by law to accept service of process on behalf of *(name of organization)* Andrew Hammett at 305 N. O'Connor Rd., Irving, TX 75061 on *(date)* 12/4/2025 at 3:05 PM

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/4/2025

[signature] PSC: 23238
*Server's signature*

Caylee Janke, Authorized Private Process Server
*Printed name and title*

4500 Mercantile Plaza Dr. #300, Fort Worth, TX 76137
*Server's address*

Additional information regarding attempted service, etc:

Delivered documents to Jocelyn Portillo, Custodian of Records for Irving Police Department, and authorized recipient of service of process on behalf of City Police Officers.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas, Dallas Division

| | | |
|---|---|---|
| Dale Lotts<br>*Plaintiff(s)*<br>v.<br>City of Irving, Officer James Markham, Officer Andrew Hammett, Officer Paul Lewis, John Doe Jail Officers 1–10<br>*Defendant(s)* | ) | Civil Action No. 3-25CV3329-S |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Paul Lewis
Badge #1370
Irving Police Department
305 N. O'Connor Rd
Irving, TX 75061

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dale Lotts
c/o Northwest Registered Agent
5900 Balcones Drive # 19816
Austin, TX 78731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/04/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Paul Lewis, Badge #1370
was received by me on *(date)* 12/4/2025 at 1:00 PM .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jocelyn Portillo, Custodian of Records for Irving Police Department , who is designated by law to accept service of process on behalf of *(name of organization)* Paul Lewis at 305 N. O'Connor Rd., Irving, TX 75061 on *(date)* 12/4/2025 at 3:05 PM ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/4/2025

[signature] PSC: 23238
*Server's signature*

Caylee Janke, Authorized Private Process Server
*Printed name and title*

4500 Mercantile Plaza Dr. #300, Fort Worth, TX 76137
*Server's address*

Additional information regarding attempted service, etc:
Delivered documents to Jocelyn Portillo, Custodian of Records for Irving Police Department, and authorized recipient of service of process on behalf of City Police Officers.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas, Dallas Division

| | | |
|---|---|---|
| Dale Lotts | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3-25CV3329-S |
| City of Irving, Officer James Markham, Officer Andrew Hammett, Officer Paul Lewis, John Doe Jail Officers 1–10 | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Irving
825 W. Irving Blvd.
Irving, TX 75060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dale Lotts
c/o Northwest Registered Agent
5900 Balcones Drive # 19816
Austin, TX 78731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/04/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* City of Irving
was received by me on *(date)* 12/4/2025 at 1:00PM

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Carol Quevedo, City Secretary , who is designated by law to accept service of process on behalf of *(name of organization)* City of Irving at 825 W. Irving Blvd., Irving, TX 75060 on *(date)* 12/4/2025 at 3:15 PM

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/4/2025

[signature] PSC: 23238
*Server's signature*

Caylee Janke, Authorized Private Process Server
*Printed name and title*

4500 Mercantile Plaza Dr. # 300, Fort Worth, TX 76137
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

FILED-USDC-NDTX-DA
'25 DEC 4 PM12:42
KM

for the

Northern District of Texas

Dallas Division

3-25CV3329-S

Dale Lotts
*Plaintiff*

-v-

City of Irving,
Officer James Markham,
Officer Andrew Hammett,
Officer Paul Lewis,
John Doe Jail Officers 1–10
*Defendants*

Case No. ____________________

Jury Trial: Yes

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff

| | |
|---|---|
| Name | Dale Lotts |
| Street Address | 401 E 8th St<br>Ste 214 PMB 7860 |
| City and County | Sioux Falls and Minnehaha |
| State and Zip Code | SD and 57103 |
| Telephone Number | 612-208-9601 |
| E-mail Address | dale.lotts@policeconduct.org |