**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DALE LOTTS** | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 3:25-CV-03329-S-BN** |
| **VS.** | § | **ECF** |
| **CITY OF IRVING, OFFICER JAMES MARKHAM, OFFICER ANDREW HAMMETT, OFFICER PAUL LEWIS, and JOHN DOE JAIL OFFICERS 1-10** | § | |
| **Defendants.** | § | |

**DEFENDANTS' UNOPPOSED MOTION FOR 14-DAY EXTENSION**
**<u>TO FILE ANSWER OR RESPONSE TO PLAINTIFF'S COMPLAINT</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME THE CITY OF IRVING, JAMES MARKHAM, ANDREW HAMMETT, and PAUL LEWIS, Defendants in the above-styled and numbered cause, and file this, *Defendants' Unopposed Motion for 14-Day Extension to File Answer or Response to Plaintiff's Complaint*, and, in support of same, respectfully shows:

Pursuant to 12(a) of the Federal Rules of Civil Procedure, "[a] defendant must serve an answer within 21 days after being served with the summons or complaint."

As *Plaintiffs' Complaint* (Doc. 3) was served on the above-named Defendants on December 4, 2025, the deadline to file Defendants' response to same is December 26, 2025.

Defendants respectfully ask this Court to grant a fourteen (14) day extension from the December 26, 2025, deadline for Defendants to file their answer or response to *Plaintiff's*

*Complaint* (Doc. 3) in this matter until January 9, 2026, because Defendants' counsel requires additional time to prepare same due to the number and complexity of the legal issues and arguments asserted in said motion and because Defendants' undersigned counsel has had and has numerous other recent and upcoming settings and deadlines in other cases – including multiple hearings, depositions, motions to which he has had to respond or needs to respond, and deadlines to respond to discovery. Finally, the response date falls on the day after the Christmas holiday.

**This is the first extension that has been requested of the deadline for filing Defendants' answer or response to *Plaintiff's Complaint* (Doc. 3) in this matter.**

Pro se Plaintiff Dale Lotts has informed Defendants' counsel that he does NOT oppose extending the deadline to answer or respond to *Plaintiff's Complaint* (Doc. 3) by 14 days to January 9, 2026.

The extension requested herein is not being sought for purposes of delay but so that justice may be served because Defendants' counsel requires additional time to prepare Defendants' answer or response to *Plaintiff's Complaint* (Doc. 3) in this matter for the reasons stated above.

WHEREFORE, PREMISES CONSIDERED, DEFENDANTS CITY OF IRVING, JAMES MARKHAM, ANDREW HAMMETT, and PAUL LEWIS respectfully request that, for the reasons stated above, they be granted a fourteen (14) day extension until January 9, 2026, of the current December 26, 2025, deadline for Defendants to file their respective answer or response to *Plaintiff's Complaint* (Doc. 3) in the above-referenced matter, and that Defendants be granted such other and further relief to which they may be justly entitled.

Respectfully submitted,

**CITY ATTORNEY'S OFFICE**
**CITY OF IRVING, TEXAS**

By: /s/Saul Pedregon________________
**SAUL PEDREGON**
Senior Assistant City Attorney
State Bar No. 00797231
Email: spedregon@IrvingTX.gov
**JASON D. McCLAIN**
Senior Assistant City Attorney
State Bar No. 00797032
Email: jmcclain@IrvingTX.gov
825 West Irving Boulevard
Irving, Texas 75060
Telephone: 972.721.2541
Facsimile: 972.721.2750

**ATTORNEYS FOR DEFENDANTS CITY OF IRVING, JAMES MARKHAM, ANDREW HAMMETT, and PAUL LEWIS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 17th, 2025, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following parties or attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Dale Lotts
401 E. 8th St.
Ste. 214 PMB 7860
Sioux Falls and Minnehaha, SD 57103

/s/Saul Pedregon____________
**SAUL PEDREGON**
Assistant City Attorney

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with the Plaintiff pro se Dale Lotts regarding this motion and that he informed me that Plaintiff does **NOT** oppose the 14-day extension of the deadline for filing Defendants' Answer or Response to *Plaintiff's Complaint*.

Certified to on the 17th day of December, 2025.

/s/Saul Pedregon____________
**SAUL PEDREGON**
Assistant City Attorney