**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DALE LOTTS**<br><br>**Plaintiff,**<br><br><br>**VS.**<br><br><br>**CITY OF IRVING, OFFICER JAMES MARKHAM, OFFICER ANDREW HAMMETT, OFFICER PAUL LEWIS, and JOHN DOE JAIL OFFICERS 1-10**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br>**CIVIL ACTION NO. 3:25-CV-03329-S-BN**<br><br>**ECF** |

**<u>ORDER</u>**

Upon consideration of Defendants' Unopposed Motion for 14-Day Extension To File Answer or Response to Plaintiff's Complaint, it is hereby ORDERED that the Motion is GRANTED. Defendants' answer or response to Plaintiff's Complaint is due January 9, 2026.

Dated December ______, 2025

______________________________________
PRESIDING JUDGE