IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DALE LOTTS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-3329-S-BN |
| | § | |
| CITY OF IRVING, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING MOTION FOR EXTENSION**

The Court GRANTS Defendants City of Irving, James Markham, Andrew Hammett, and Paul Lewis's unopposed motion to extend their deadline to respond to Plaintiff Dale Lotts's complaint to **January 9, 2026** [Dkt. No. 7].

SO ORDERED.

DATED: December 17, 2025

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE