**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DALE LOTTS** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| | § | **CIVIL ACTION NO. 3:25-CV-03329-S-BN** |
| **VS.** | § | |
| | § | **ECF** |
| | § | |
| **CITY OF IRVING, OFFICER JAMES MARKHAM, OFFICER ANDREW HAMMETT, OFFICER PAUL LEWIS, and JOHN DOE JAIL OFFICERS 1-10** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF MANUAL FILING

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that Defendants James Markham, Andrew Hammett, and Paul Lewis will manually file Exhibit 1 to their Appendix to their 12(b)(6) Motion to Dismiss [Dkt. 11] in the above-captioned matter. Exhibit 1 is a USB Flash Drive containing Video from Officer James Markham's Body Worn Camera dated December 4, 2023. Due to file size, the video could not be uploaded into the ECF system.

Respectfully submitted,

**CITY ATTORNEY'S OFFICE**
**CITY OF IRVING, TEXAS**

By: /s/Saul Pedregon
**SAUL PEDREGON**
Senior Assistant City Attorney
State Bar No. 00797231
Email: spedregon@IrvingTX.gov

**JASON D. McCLAIN**
Senior Assistant City Attorney
State Bar No. 00797032
Email: jmcclain@IrvingTX.gov
825 West Irving Boulevard
Irving, Texas 75060
Telephone: 972.721.2541
Facsimile: 972.721.2750

**ATTORNEYS FOR DEFENDANTS CITY OF IRVING, JAMES MARKHAM, ANDREW HAMMETT, and PAUL LEWIS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2026, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following parties or attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

***Via e-service***
Dale Lotts
401 E. 8th St.
Ste. 214 PMB 7860
Sioux Falls, SD 57103

/s/Saul Pedregon____________
**SAUL PEDREGON**
Assistant City Attorney


3:25-cv-3329
Doc 11 - App.
8GB
SDUFSTS-008G
MADE IN CHINA
3:25-cv-3329
Doc 11 - App.