**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DALLAS LOTTS** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| | § | **CIVIL ACTION NO. 3:25-CV-03329-S-BN** |
| **VS.** | § | |
| | § | **ECF** |
| | § | |
| **CITY OF IRVING, OFFICER JAMES MARKHAM, OFFICER ANDREW HAMMETT, OFFICER PAUL LEWIS, and JOHN DOE JAIL OFFICERS 1-10** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF COMPLIANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants were ordered to file the attachment to their Appendix [Dkt. 11] "manually with the Clerk of Court – and provided to Lotts – through a medium that is universally accessible." *See* Order Setting Briefing Schedule [Dkt. 12].

Please take notice that Defendants James Markham, Andrew Hammett, and Paul Lewis have complied with the Court's Order. Specifically, on January 15, 2026, Defendants manually filed with the Clerk of Court their Exhibit 1 to the Appendix [Dkt. 11] to their 12(b)(6) Motion to Dismiss [Dkt. 10] in the above-captioned matter. *See* Transmittal Letter attached hereto as Exhibit A. In conjunction with the manual filing, Defendants mailed a copy of the USB flash drive to Plaintiff via First Class U.S. Mail. *Id*. Moreover, a OneDrive link for download of the video had previously been provided to Plaintiff on January 9, 2026.

Respectfully submitted,

**CITY ATTORNEY'S OFFICE**
**CITY OF IRVING, TEXAS**

By: /s/Saul Pedregon________________
**SAUL PEDREGON**
Senior Assistant City Attorney
State Bar No. 00797231
Email: spedregon@IrvingTX.gov
**JASON D. McCLAIN**
Senior Assistant City Attorney
State Bar No. 00797032
Email: jmcclain@IrvingTX.gov
825 West Irving Boulevard
Irving, Texas 75060
Telephone: 972.721.2541
Facsimile: 972.721.2750

**ATTORNEYS FOR DEFENDANTS CITY OF IRVING, JAMES MARKHAM, ANDREW HAMMETT, and PAUL LEWIS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2026, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following parties or attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

***Via e-service***
Dale Lotts
401 E. 8th St.
Ste. 214 PMB 7860
Sioux Falls, SD 57103

/s/Saul Pedregon____________
**SAUL PEDREGON**
Assistant City Attorney

IRVING
TEXAS

January 15, 2026

**VIA HAND DELIVERY**
U.S. District Court
Northern District of Texas
Judge David L. Horan
1100 Commerce Street Rm 1549
Dallas, TX 75242-1003

**VIA HAND DELIVERY**
U.S. District Court
Northern District of Texas
Clerk of the Court
1100 Commerce Street
Dallas, TX 75242-1003

Re: ***Lotts v. City of Irving et al*** – Case No. 3:25-cv-03329-S-BN

To the Honorable Judge David L. Horan and Clerk of the Court:

In regards to the above-referenced case, Defendants were ordered to file the attachment to their Appendix "manually with the Clerk of Court – and provided to Lotts – through a medium that is universally accessible." *See* Order Setting Briefing Schedule [Dkt. 12].

As such, enclosed please find:

1. One USB flash drive, containing video from Officer James Markham's Body Worn Camera dated December 4, 2023, that was attached as an exhibit to their APPENDIX [Dkt. 11] to JAMES MARKHAM, ANDREW HAMMETT, AND PAUL LEWIS'S RULE 12(B)(6) MOTION TO DISMISS [Dkt. 10]; and
2. Notice of Manual Filing [Dkt. 13].

If you have any questions or concerns, please call (972) 721-2541.

Respectfully,

/s/ Janice Wahl
Janice Wahl
Legal Assistant to Saul Pedregon

Encs (2)

cc: ***Via First Class U.S. Mail***
Dale Lotts
401 E. 8th St.
Ste. 214 PMB 7860
Sioux Falls, SD 57103
(w/ USB flash drive)

**EXHIBIT A**


3:25-cv-3329
Doc 11 - App.
8GB
MADE IN CHINA
3:25-cv-3329
Doc 11 - App.