# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# *DALLAS DIVISION*

Dale Lotts
Plaintiff

v.

CITY OF IRVING, et al
Defendant

3:25-CV-03329-S-BN
Civil / Criminal Action No.

## NOTICE OF CORRECTION OF SIGNATURE OMISSION

On February 12, 2026 I submitted a document by electronic means that was entered on the docket as document number 16 , titled

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT CITY OF IRVING'S RULE 12(b)(6) MOTION TO DISMISS**

I did not place on the document, as required by LR 11.1(b) or LCrR 49.5(b), an "s/" and my typed name, or my graphical signature, in the space where my signature would have appeared had the document been submitted on paper. My signature, below, represents my correction of this omission in accordance with Fed. R. Civ. P. 11(a).

Date: February 13, 2026

s/ Dale Lotts

Bar Number: Pro Se

Address: 401 E 8th St, Ste 214 PMB 7860

Sioux Falls, SD 57103

Telephone: (612) 208-9601

Fax:

E-mail: dale.lotts@policeconduct.org

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil or Criminal/ Notices/Notice of Correction of Signature Omission