**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DALE LOTTS** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| | § | **CIVIL ACTION NO. 3:25-CV-03329-S-BN** |
| **VS.** | § | |
| | § | **ECF** |
| | § | |
| **CITY OF IRVING, OFFICER JAMES MARKHAM, OFFICER ANDREW HAMMETT, OFFICER PAUL LEWIS, and JOHN DOE JAIL OFFICERS 1-10** | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANT JAMES MARKHAM, ANDREW HAMMET, AND PAUL LEWIS'S UOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants James Markham, Andrew Hammett, and Paul Lewis (hereinafter "Defendants") hereby request leave to file their SUPPLEMENTAL APPENDIX TO JAMES MARKHAM, ANDREW HAMMETT, AND PAUL LEWIS'S RULE 12(B)(6) MOTION TO DISMISS; a copy of the Supplemental Appendix is attached hereto as Exhibit A.

**I.**

Defendants' Appendix [Dkt. 11] was originally filed in this Court on January 9, 2026, in support of their 12(b)(6) Motion to Dismiss and Brief in Support Thereof [Dkt. 10]. Defendants' Appendix consisted solely of a Video from Officer James Markham's Body Worn Camera dated December 4, 2023 [Dkt. 11, Ex. 1]. Due to file size, the video could not be uploaded into the ECF system and was manually filed [Dkt. 13].

**II.**

Due to an oversight, a Business Records Affidavit authenticating Markham's Body Worn Camera video was inadvertently omitted from the filing of the original Appendix. [Dkt. 11].

**III.**

Defendants are not seeking to introduce any new evidence in this Supplemental Appendix. Rather, they are seeking to submit an affidavit which authenticates evidence already before this Court. As such, Defendants move for leave to file their Supplemental Appendix in this cause.

**IV.**

This Motion is Not Opposed by Plaintiff.

WHEREFORE, PREMISES CONSIDERED, Defendants James Markham, Andrew Hammett, and Paul Lewis respectfully request that, for the reasons stated above, this Court enter an order granting Defendants leave to file their SUPPLEMENTAL APPENDIX TO JAMES MARKHAM, ANDREW HAMMETT, AND PAUL LEWIS'S RULE 12(B)(6) MOTION TO DISMISS (a copy of which is attached hereto as Exhibit A) in this cause and that Defendants be granted such other and further relief to which they may be justly entitled.

Respectfully submitted,

**CITY ATTORNEY'S OFFICE**
**CITY OF IRVING, TEXAS**

By: /s/Saul Pedregon
**SAUL PEDREGON**
Senior Assistant City Attorney
State Bar No. 00797231
Email: spedregon@IrvingTX.gov
**JASON D. McCLAIN**
Senior Assistant City Attorney

State Bar No. 00797032
Email: jmcclain@IrvingTX.gov
825 West Irving Boulevard
Irving, Texas 75060
Telephone: 972.721.2541
Facsimile: 972.721.2750

**ATTORNEYS FOR DEFENDANTS CITY OF IRVING, JAMES MARKHAM, ANDREW HAMMETT, and PAUL LEWIS**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2026, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following parties or attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

**Via e-service**
Dale Lotts
401 E. 8th St.
Ste. 214 PMB 7860
Sioux Falls, SD 57103

/s/Saul Pedregon____________
**SAUL PEDREGON**
Assistant City Attorney

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with Plaintiff pro se Dale Lotts regarding this motion and he informed me that Plaintiff is Not Opposed to the motion.

Certified to on the 18th day of February, 2026.

/s/Saul Pedregon____________
**SAUL PEDREGON**
Assistant City Attorney

# Exhibit "A"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DALE LOTTS** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| | § | **CIVIL ACTION NO. 3:25-CV-03329-S-BN** |
| **VS.** | § | |
| | § | **ECF** |
| | § | |
| **CITY OF IRVING, OFFICER JAMES MARKHAM, OFFICER ANDREW HAMMETT, OFFICER PAUL LEWIS, and JOHN DOE JAIL OFFICERS 1-10** | § | |
| | § | |
| **Defendants.** | § | |

**SUPPLEMENTAL APPENDIX TO JAMES MARKHAM, ANDREW HAMMETT, AND PAUL LEWIS'S RULE 12(b)(6) MOTION TO DISMISS**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants James Markham, Andrew Hammett, and Paul Lewis hereby submit Exhibit 2 to supplement the original Appendix filed in support of their Motion to Dismiss filed with this Court on January 9, 2026 [Dkt. 11]:

| | **Appendix Exhibit** | **Pages** |
|---|---|---|
| 2. | Business Records Affidavit Authenticating Video from Officer James Markham's Body Worn Camera dated December 4, 2023 (Axon Body 3 X60A83236). | **1** |

Respectfully submitted,

**CITY ATTORNEY'S OFFICE**
**CITY OF IRVING, TEXAS**

By: /s/Saul Pedregon________________
**SAUL PEDREGON**
Senior Assistant City Attorney
State Bar No. 00797231
Email: spedregon@IrvingTX.gov
**JASON D. McCLAIN**
Senior Assistant City Attorney
State Bar No. 00797032
Email: jmcclain@IrvingTX.gov
825 West Irving Boulevard
Irving, Texas 75060
Telephone: 972.721.2541
Facsimile: 972.721.2750

**ATTORNEYS FOR DEFENDANTS CITY OF IRVING, JAMES MARKHAM, ANDREW HAMMETT, and PAUL LEWIS**

## CERTIFICATE OF SERVICE

I hereby certify that on February __, 2026, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following parties or attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

**Via e-service**
Dale Lotts
401 E. 8th St.
Ste. 214 PMB 7860
Sioux Falls, SD 57103

/s/Saul Pedregon____________
**SAUL PEDREGON**
Assistant City Attorney

**BUSINESS RECORDS AFFIDAVIT**

STATE OF TEXAS §
COUNTY OF DALLAS §

Before me, the undersigned notary, on this day personally appeared Jocelyn Portillo, the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

1. "My name is Jocelyn Portillo. I over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am the custodian of the records of the Irving Police Department.

3. Attached to this affidavit is 1 body camera video – Axon Body 3 X60A83236

4. These attached records are kept by Irving Police Department in the regular course of business, and it was the regular course of business of Irving Police Department for an employee or representative of Irving Police Department with knowledge of the act, event, condition, opinion, or diagnosis that was recorded, to make this record or to transmit the information to be included in this record. The record was made at or near the time or reasonably soon after the act, event, condition, opinion, or diagnosis that was recorded. The records attached to this affidavit are the originals or exact duplicates of the originals."

Jocelyn Portillo
Affiant

SWORN TO AND SUBSCRIBED before me, the undersigned notary, on December 18, 2025

SANDRA ESPINOZA
My Notary ID # 131942816
Expires February 24, 2029

NOTARY PUBLIC, State of Texas

My Commission Expires: 02-24-2029

EXHIBIT
2