**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DALE LOTTS** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| | § | **CIVIL ACTION NO. 3:25-CV-03329-S-BN** |
| **VS.** | § | |
| | § | **ECF** |
| | § | |
| **CITY OF IRVING, OFFICER JAMES MARKHAM, OFFICER ANDREW HAMMETT, OFFICER PAUL LEWIS, and JOHN DOE JAIL OFFICERS 1-10** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Upon consideration of DEFENDANT JAMES MARKHAM, ANDREW HAMMETT, AND PAUL LEWIS'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX, it is hereby ORDERED that the Motion is hereby GRANTED.

Dated February ______, 2026.

____________________________________
PRESIDING JUDGE