IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DALE LOTTS** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| | § | **CIVIL ACTION NO. 3:25-CV-03329-S-BN** |
| **VS.** | § | |
| | § | **ECF** |
| | § | |
| **CITY OF IRVING, OFFICER JAMES** | § | |
| **MARKHAM, OFFICER ANDREW** | § | |
| **HAMMETT, OFFICER PAUL LEWIS,** | § | |
| **and JOHN DOE JAIL OFFICERS 1-10** | § | |
| | § | |
| **Defendants.** | § | |

**SUPPLEMENTAL APPENDIX TO JAMES MARKHAM, ANDREW HAMMETT, AND PAUL LEWIS'S RULE 12(b)(6) MOTION TO DISMISS**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants James Markham, Andrew Hammett, and Paul Lewis hereby submit Exhibit 2 to supplement the original Appendix filed in support of their Motion to Dismiss filed with this Court on January 9, 2026 [Dkt. 11]:

| | **Appendix Exhibit** | **Pages** |
|---|---|---|
| 2. | Business Records Affidavit Authenticating Video from Officer James Markham's Body Worn Camera dated December 4, 2023 (Axon Body 3 X60A83236). | 1 |

Respectfully submitted,

**CITY ATTORNEY'S OFFICE
CITY OF IRVING, TEXAS**

By:  /s/Saul Pedregon
     **SAUL PEDREGON**
     Senior Assistant City Attorney
     State Bar No. 00797231
     Email:  spedregon@IrvingTX.gov
     **JASON D. McCLAIN**
     Senior Assistant City Attorney
     State Bar No. 00797032
     Email:  jmcclain@IrvingTX.gov
     825 West Irving Boulevard
     Irving, Texas 75060
     Telephone: 972.721.2541
     Facsimile:  972.721.2750

**ATTORNEYS FOR DEFENDANTS CITY OF IRVING, JAMES MARKHAM, ANDREW HAMMETT, and PAUL LEWIS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 20, 2026, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following parties or attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

    **Via e-service**
    Dale Lotts
    401 E. 8th St.
    Ste. 214 PMB 7860
    Sioux Falls, SD 57103

        /s/Saul Pedregon
        **SAUL PEDREGON**
        Assistant City Attorney

**BUSINESS RECORDS AFFIDAVIT**

STATE OF TEXAS §
COUNTY OF DALLAS §

Before me, the undersigned notary, on this day personally appeared Jocelyn Portillo, the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

1. "My name is Jocelyn Portillo. I over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am the custodian of the records of the Irving Police Department.

3. Attached to this affidavit is 1 body camera video – Axon Body 3 X60A83236

4. These attached records are kept by Irving Police Department in the regular course of business, and it was the regular course of business of Irving Police Department for an employee or representative of Irving Police Department with knowledge of the act, event, condition, opinion, or diagnosis that was recorded, to make this record or to transmit the information to be included in this record. The record was made at or near the time or reasonably soon after the act, event, condition, opinion, or diagnosis that was recorded. The records attached to this affidavit are the originals or exact duplicates of the originals."

_Jocelyn Portillo_
Affiant

SWORN TO AND SUBSCRIBED before me, the undersigned notary, on December 18, 2025

SANDRA ESPINOZA
My Notary ID # 131942816
Expires February 24, 2029

NOTARY PUBLIC, State of Texas
My Commission Expires: 02-24-2029

EXHIBIT 2