# IRVING
## T E X A S

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 1 4 2026

CLERK, U.S. DISTRICT COURT
By_____
Deputy

January 15, 2026

**VIA HAND DELIVERY**
U.S. District Court
Northern District of Texas
Judge David L. Horan
1100 Commerce Street Rm 1549
Dallas, TX  75242-1003

**VIA HAND DELIVERY**
U.S. District Court
Northern District of Texas
Clerk of the Court
1100 Commerce Street
Dallas, TX  75242-1003

Re:    *Lotts v. City of Irving et al* – Case No. 3:25-cv-03329-S-BN

To the Honorable Judge David L. Horan and Clerk of the Court:

In regards to the above-referenced case, Defendants were ordered to file the attachment to their Appendix "manually with the Clerk of Court – and provided to Lotts – through a medium that is universally accessible." *See* Order Setting Briefing Schedule [Dkt. 12].

As such, enclosed please find:

1. One USB flash drive, containing video from Officer James Markham's Body Worn Camera dated December 4, 2023, that was attached as an exhibit to their APPENDIX [Dkt. 11] to JAMES MARKHAM, ANDREW HAMMETT, AND PAUL LEWIS'S RULE 12(B)(6) MOTION TO DISMISS [Dkt. 10]; and
2. Notice of Manual Filing [Dkt. 13].

If you have any questions or concerns, please call (972) 721-2541.

Respectfully,

/s/ Janice Wahl
Janice Wahl
Legal Assistant to Saul Pedregon

Encs (2)
cc:    *Via First Class U.S. Mail*
       Dale Lotts
       401 E. 8th St.
       Ste. 214 PMB 7860
       Sioux Falls, SD 57103
       (w/ USB flash drive)

