# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

DALE LOTTS              §
                            §
v.                           §     CIVIL ACTION NO. 3:25-CV-3329-S-BN
                            §
CITY OF IRVING, et al.       §

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that Defendants' motions to dismiss under Federal Rule of Civil Procedure 12(b)(6) [ECF Nos. 9, 10] are **GRANTED**, the remainder of Plaintiff's claims are **DISMISSED** on the Court's own motion under Rule 12(b)(6), and this lawsuit is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to the parties and their counsel.

**SO ORDERED.**

SIGNED August 12, 2026.

_____
**UNITED STATES DISTRICT JUDGE**