**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| DALE LOTTS,<br>Plaintiff,<br>v.<br>JAMES MARKHAM, et al.,<br>Defendants. | **Civil Action No. 3:25-CV-03329-S-BN** |

**ORDER**

The Court has considered Plaintiff's motion to alter or vacate the judgment and for leave to amend, the record, and the applicable law. The Court orders the relief selected below.

**[ ] Full leave.** The motion is GRANTED. The August 12, 2026 judgment (Dkt. 30) is VACATED, and this action is REOPENED. Plaintiff is granted leave under Federal Rule of Civil Procedure 15(a)(2) to file Exhibit A, the proposed First Amended Complaint. Under Local Civil Rule 15.1(b), Exhibit A is deemed filed as of this order. Defendants shall answer or otherwise respond within the time allowed by the Federal Rules of Civil Procedure.

**[ ] Partial leave.** The motion is GRANTED IN PART. Dkt. 30 is VACATED to the extent necessary to reopen this action for the claims permitted in the schedule below. Plaintiff shall file a conformed complaint within fourteen days. Exhibit A is not deemed filed in full under this alternative.

**[ ] Denial.** The motion is DENIED for the reasons identified in the schedule below or in the accompanying opinion.

| **Count** | **Defendant or municipal path** | **Disposition and, if denied, deficient element or immunity prong** |
|---|---|---|
| 1 | Markham | |
| 1 | Hammett | |
| 1 | Lewis | |
| 2 | Markham | |
| 2 | Hammett | |
| 2 | Lewis | |
| 3 | Markham | |
| 3 | Hammett | |
| 4 | Markham | |

| **Count** | **Defendant or municipal path** | **Disposition and, if denied, deficient element or immunity prong** |
|---|---|---|
| 4 | Hammett | |
| 6 | Officer believed to be Bermudez | |
| 6 | Doe 1 | |
| 6 | Doe 2 | |
| 6 | Doe 3 | |
| 6 | Doe 7 | |
| 6 | Doe 8 | |
| 7 | Doe 5 | |
| 8 | City: M-01 | |
| 8 | City: M-02 | |
| 8 | City: M-03 | |
| 8 | City: M-10 | |

**[ ] Identification and service.** For each unidentified jail employee against whom the Court finds a claim plausibly pleaded, Plaintiff may obtain focused discovery from the City or appropriate records custodian. The discovery is limited to records within the recipient's possession, custody, or control sufficient to establish:

1. The employee's identity and role in the specified act, through pertinent rosters, assignments, and intake, booking, intercom, telephone, property, cell-access, or magistration records.
2. When and how the employee first received notice of this action, through nonprivileged records.
3. A service address, through nonprivileged information and an appropriate confidential procedure.

Each request ends when the pertinent identity, notice, or service information is supplied. Plaintiff may move to substitute a name within fourteen days after receiving the identifying material. If substitution is permitted, the Rule 4(m) service period is extended through thirty days after the substitution order, unless the Court sets another date. Amendment, limitations, and service questions will be resolved for the affected Defendant.

**[ ] Curable defect.** Plaintiff may submit one conformed amendment addressing the claim and missing element identified in the schedule, within fourteen days.

**[ ] Newly raised ground.** Before disposition on a genuinely new ground identified by the Court, Plaintiff may respond within fourteen days.

**[ ] Without-prejudice disposition.** Dismissal of the claims identified in the schedule is without prejudice for the reasons stated in the accompanying opinion.

Omission of a court-excluded claim from a conformed complaint reflects compliance with this order rather than voluntary abandonment.

SO ORDERED.

Signed on ____________________, 2026.

_______________________________

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE